# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN CHEMICALS & EQUIPMENT INC. 401(K) RETIREMENT PLAN, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action Number **2:13-cv-1601-AKK** |
| vs. | ) ) ) | |
| PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendants' motion to transfer, doc. 11, is **GRANTED**. Consequently, Defendants' motion to dismiss, doc. 21, is **DENIED** with leave to re-file. The Clerk is directed to **TRANSFER** this case to the United States District Court for the Southern District of Iowa.

**DONE** the 24th day of January, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE