PROTECTIVE ORDER,TRANSFERRED OUT

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:13–cv–01601–AKK

American Chemicals &Equipment Inc 401(K) Retirement Plan v.
Principal Management Corporation et al
Assigned to: Judge Abdul K Kallon
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/28/2013
Date Terminated: 01/24/2014
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**American Chemicals &Equipment Inc
401(K) Retirement Plan**

represented by **Richard S Frankowski**
BURKE HARVEY &FRANKOWSKI LLC
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
205–930–9091
Fax: 205–930–9054
Email: rfrankowski@bhflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Norton**
BURKE HARVEY &FRANKOWSKI, LLC
2151 Highland Avenue
Suite 120
Birmingham, AL 35205
205–930–9091
Fax: 205–930–9054
Email: rnorton@bhflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett W Wotkyns**
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
8501 N Scottsdale Road Suite 270
Scottsdale, AZ 85253
480–428–0142
Fax: 866–505–8036
Email: gwotkyns@schneiderwallace.com
*ATTORNEY TO BE NOTICED*

**Laura S Dunning**
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY &PROCTOR PA
316 S Baylen Street Suite 600
Pensacola, FL 32502–5996
205–396–3983
Fax: 850–436–6000
Email: ldunning@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Michael C Mckay**
SCHNEIDER WALLACE COTTRELL
KONCEKY LLP
8501 N Scottsdale Road Suite 270
Scottsdale, AZ 85253
480–428–0143
Fax: 866–505–8036
Email: mmckay@schneiderwallace.com
*ATTORNEY TO BE NOTICED*

**Peter James Mougey**
LEVIN PAPANTONIO THOMAS MITCHELL
RAFFERTY &PROCTOR PA
316 South Baylen St, Suite 600
Pensacola, FL 32502
850–435–7068
Fax: 850–436–6068
Email: pmougey@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Newman**
SIDLEY AUSTIN LLP
One S Dearborn
Chicago, IL 60603
312–853–3412
Fax: 312–853–7036
Email: snewman@sidley.com
*ATTORNEY TO BE NOTICED*

**Todd M Schneider**
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
180 Montgomery Street Suite 2000
San Francisco, CA 94104
415–421–7100
Fax: 415–421–7105
Email: tschneider@schneiderwallace.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Principal Management Corporation**     represented by     **Alex J Kaplan**
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
212–839–5839
Fax: 212–839–5599
Email: ajkaplan@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Holt**

MAYNARD COOPER &GALE PC
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203
205−254−1000
Fax: 205−254−1999
Email: tholt@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Blocker**
SIDLEY AUSTIN LLP
One S Dearborn
Chicago, IL 60603
312−853−6097
Fax: 312−853−7036
Email: mblocker@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Mulvaney**
MAYNARD COOPER &GALE PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203−2618
205−254−1000
Fax: 205−254−1999
Email: mmulvaney@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Newman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Principal Global Investors LLC**                    represented by   **Alex J Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark B Blocker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Mulvaney**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Sarah Newman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2013 | Ï 1 | COMPLAINT against Principal Global Investors LLC, Principal Management Corporation, filed by American Chemicals &Equipment Inc 401(K) Retirement Plan.(KAM, ) (Entered: 08/29/2013) |
| 09/05/2013 | Ï | Filing Fee: Filing fee $ 400, receipt_number 1126–2003575 (NDAL Receipt No. B4601046577). related document 1 COMPLAINT against Principal Global Investors LLC, Principal Management Corporation, filed by American Chemicals &Equipment Inc 401(K) Retirement Plan.(KAM, ). (Frankowski, Richard) Modified on 9/5/2013 (PSM). (Entered: 09/05/2013) |
| 09/09/2013 | Ï 2 | WAIVER OF SERVICE Returned Executed by American Chemicals &Equipment Inc 401(K) Retirement Plan. Principal Management Corporation waiver sent on 8/29/2013, answer due 10/28/2013. (Mckay, Michael) (Entered: 09/09/2013) |
| 09/09/2013 | Ï 3 | WAIVER OF SERVICE Returned Executed by American Chemicals &Equipment Inc 401(K) Retirement Plan. Principal Global Investors LLC waiver sent on 8/29/2013, answer due 10/28/2013. (Mckay, Michael) (Entered: 09/09/2013) |
| 09/18/2013 | Ï 4 | NOTICE of Appearance by Edward M Holt on behalf of All Defendants (Holt, Edward) (Entered: 09/18/2013) |
| 09/18/2013 | Ï 5 | NOTICE of Appearance by Michael D Mulvaney on behalf of Principal Global Investors LLC, Principal Management Corporation (Mulvaney, Michael) (Entered: 09/18/2013) |
| 09/18/2013 | Ï 6 | MOTION for Leave to Appear Motion for Admission of Mark B. Blocker Pro Hac Vice by Principal Global Investors LLC, Principal Management Corporation. (Holt, Edward) (Entered: 09/18/2013) |
| 09/18/2013 | Ï 7 | MOTION for Leave to Appear Motion for Admission of Sarah H. Newman Pro Hac Vice by Principal Global Investors LLC, Principal Management Corporation. (Holt, Edward) (Entered: 09/18/2013) |
| 09/24/2013 | Ï 8 | NOTICE of Appearance by Peter James Mougey on behalf of American Chemicals &Equipment Inc 401(K) Retirement Plan (Mougey, Peter) (Entered: 09/24/2013) |
| 09/27/2013 | Ï | PHV Fee paid as to Sarah H. Newman and Mark B. Blocker: $100, receipt number B4601047082 (PSM) (Entered: 09/27/2013) |
| 09/27/2013 | Ï 9 | NOTICE of Appearance by Laura S Dunning on behalf of American Chemicals &Equipment Inc 401(K) Retirement Plan (Dunning, Laura) (Entered: 09/27/2013) |
| 09/27/2013 | Ï 10 | ORDER Defendants Unopposed Motions for Admission Pro Hac Vice of Mark B. Blocker and Sarah H. Newman 6 7 are GRANTED. Signed by Judge Abdul K Kallon on 09/27/2013. (PSM) (Entered: 09/27/2013) |
| 10/14/2013 | Ï 11 | MOTION to Change Venue *(Defendants Section 1404 Motion To Transfer)* by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Text of Proposed Order)(Blocker, Mark) (Entered: 10/14/2013) |
| 10/14/2013 | Ï 12 | |

| | | |
|---|---|---|
| | | Brief re 11 MOTION to Change Venue *(Defendants Section 1404 Motion To Transfer) Defendants Memorandum In Support* filed by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Declaration of Tracy W. Bollin, # 2 Declaration of Sarah H. Newman, # 3 Exhibit A to Declaration of Sarah H. Newman, # 4 Exhibit B to Declaration of Sarah H. Newman, # 5 Exhibit C to Declaration of Sarah H. Newman, # 6 Exhibit D to Declaration of Sarah H. Newman, # 7 Exhibit E to Declaration of Sarah H. Newman, # 8 Exhibit F to Declaration of Sarah H. Newman, # 9 Exhibit G to Declaration of Sarah H. Newman, # 10 Exhibit H to Declaration of Sarah H. Newman, # 11 Exhibit I to Declaration of Sarah H. Newman, # 12 Exhibit J to Declaration of Sarah H. Newman, # 13 Exhibit K to Declaration of Sarah H. Newman, # 14 Exhibit L to Declaration of Sarah H. Newman, # 15 Exhibit M to Declaration of Sarah H. Newman, # 16 Exhibit N to Declaration of Sarah H. Newman, # 17 Exhibit O to Declaration of Sarah H. Newman)(Blocker, Mark) (Entered: 10/14/2013) |
| 10/16/2013 | ℹ 13 | BRIEFING SCHEDULE Before the court is Defendants' Section 1404 Motion to Transfer 11 . Plaintiff's response is due by October 24, 2013, defendants' reply is due by October 29, 2013. Signed by Judge Abdul K Kallon on 10/16/2013. (PSM) (Entered: 10/16/2013) |
| 10/18/2013 | ℹ 14 | MOTION for Leave to File Excess Pages by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Text of Proposed Order)(Newman, Sarah) (Entered: 10/18/2013) |
| 10/21/2013 | ℹ 15 | RESPONSE to Motion re 11 MOTION to Change Venue *(Defendants Section 1404 Motion To Transfer)* filed by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Attachments: # 1 Exhibit Exhibit 1, # 2 Text of Proposed Order Order Denying Defendants' Section 1404 Motion to Transfer)(Mckay, Michael) (Entered: 10/21/2013) |
| 10/21/2013 | ℹ 16 | RESPONSE in Opposition re 14 MOTION for Leave to File Excess Pages filed by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Attachments: # 1 Text of Proposed Order Order Denying Motion to Extend Page Limits for Motion to Dismiss)(Mckay, Michael) (Entered: 10/21/2013) |
| 10/22/2013 | ℹ | Case Reassigned to Judge Judge Abdul K Kallon. Judge Judge Unassigned no longer assigned to the case. (KAM, ) (Entered: 10/22/2013) |
| 10/23/2013 | ℹ 17 | ORDER The Defendants' motion to extend the page limit for their motion to dismiss, 14 , is DENIED. Signed by Judge Abdul K Kallon on 10/23/2013. (PSM) (Entered: 10/23/2013) |
| 10/24/2013 | ℹ 18 | MOTION for Leave to Appear Pro Hac Vice *of Alex J. Kaplan* by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Exhibit A)(Holt, Edward) (Entered: 10/24/2013) |
| 10/24/2013 | ℹ | PHV Fee paid: $50 as to Alex J. Kaplan, receipt number B4601047745 (PSM) (Entered: 10/24/2013) |
| 10/25/2013 | ℹ 19 | ORDER Defendant's Unopposed Motion for Admission Pro Hac Vice of Alex J. Kaplan 18 is GRANTED. Signed by Judge Abdul K Kallon on 10/25/2013. (PSM) (Entered: 10/25/2013) |
| 10/25/2013 | ℹ 20 | REPLY to Response to Motion re 11 MOTION to Change Venue *(Defendants Section 1404 Motion To Transfer)* filed by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Declaration of Sarah H. Newman, # 2 Exhibit A to Declaration of Sarah H. Newman)(Blocker, Mark) (Entered: 10/25/2013) |
| 10/28/2013 | ℹ 21 | MOTION to Dismiss by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Sarah H. Newman, # 3 Exhibit A to the Declaration of Sarah H. Newman, # 4 Exhibit B to the Declaration of Sarah H. Newman, # 5 Text of Proposed Order)(Blocker, Mark) (Entered: 10/28/2013) |

| | | |
|---|---|---|
| 10/28/2013 | Ï 22 | Corporate Disclosure Statement by Principal Global Investors LLC, Principal Management Corporation. filed by Principal Global Investors LLC, Principal Management Corporation (Blocker, Mark) (Entered: 10/28/2013) |
| 10/29/2013 | Ï 23 | BRIEFING SCHEDULE Before the court is Defendants' Motion to Dismiss 21 . Plaintiff's response is due by November 7, 2013, defendants' reply is due by November 12, 2013. Signed by Judge Abdul K Kallon on 10/29/2013. (PSM) (Entered: 10/29/2013) |
| 11/07/2013 | Ï 24 | RESPONSE in Opposition re 21 MOTION to Dismiss filed by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Mckay, Michael) (Entered: 11/07/2013) |
| 11/08/2013 | Ï 25 | REPORT of Rule 26(f) Planning Meeting. (Newman, Sarah) (Entered: 11/08/2013) |
| 11/12/2013 | Ï 26 | ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE This case is SET for a 16(b) TELEPHONIC Scheduling Conference at 11:00 a.m. on November 21, 2013. The parties are directed to initiate the call and to connect the court as set out in order. Signed by Judge Abdul K Kallon on 11/12/13. (PSM) (Entered: 11/12/2013) |
| 11/12/2013 | Ï 27 | REPLY to Response to Motion re 21 MOTION to Dismiss filed by Principal Global Investors LLC, Principal Management Corporation. (Blocker, Mark) (Entered: 11/12/2013) |
| 11/13/2013 | Ï 28 | MOTION for Leave to Appear for Leave to Appear Pro Hac Vice *Garrett W. Wotkyns* by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Attachments: # 1 Exhibit Exhibit A – Certificates of Good Standing, # 2 Text of Proposed Order Order Granting Pro Hac Vice)(Wotkyns, Garrett) (Entered: 11/13/2013) |
| 11/13/2013 | Ï | PHV Fee paid: $ 50, receipt number 1126−2053074 (NDAL Receipt No. B4601048311). (Wotkyns, Garrett) Modified on 11/14/2013 (PSM). (Entered: 11/13/2013) |
| 11/13/2013 | Ï 29 | MOTION for Leave to Appear for Leave to Appear Pro Hac Vice *Todd M. Schneider* by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Attachments: # 1 Exhibit Exhibit A – Certificate of Good Standing, # 2 Text of Proposed Order Order for Admission Pro Hac Vice)(Schneider, Todd) (Entered: 11/13/2013) |
| 11/13/2013 | Ï | PHV Fee paid: $ 50, receipt number 1126−2053090 (NDAL Receipt No. B4601048312). (Schneider, Todd) Modified on 11/14/2013 (PSM). (Entered: 11/13/2013) |
| 11/13/2013 | Ï 30 | MOTION for Leave to Appear for Leave to Appear Pro Hac Vice *Michael C. McKay* by American Chemicals &Equipment Inc 401(K) Retirement Plan. (Attachments: # 1 Exhibit Exhibit A – Certificate of Good Standing, # 2 Text of Proposed Order Order for Admission Pro Hac Vice)(Mckay, Michael) (Entered: 11/13/2013) |
| 11/13/2013 | Ï | PHV Fee paid: $ 50, receipt number 1126−2053104 (NDAL Receipt No. B4601048313). (Mckay, Michael) Modified on 11/14/2013 (PSM). (Entered: 11/13/2013) |
| 11/14/2013 | Ï 31 | ORDER Plaintiff's Unopposed Motions for Admission Pro Hac Vice of Garrett W. Wotkyns, Todd M. Schneider and Michael C. McKay 28 , 29 and 30 are GRANTED. Signed by Judge Abdul K Kallon on 11/14/2013. (PSM) (Entered: 11/14/2013) |
| 11/18/2013 | Ï 32 | MOTION (Unopposed) for Protective Order *[Stipulated]* by Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Text of Proposed Order)(Newman, Sarah) Modified on 11/19/2013 (PSM). (Entered: 11/18/2013) |
| 11/19/2013 | Ï 33 | STIPULATED PROTECTIVE ORDER. Signed by Judge Abdul K Kallon on 11/19/2013. (Attachments: # 1 Exhibit A)(PSM) (Entered: 11/19/2013) |
| 11/21/2013 | Ï | Minute Entry for proceedings held before Judge Abdul K Kallon: Rule 16(b) Scheduling Telephone Conference held on 11/21/2013. Scheduling Order to be entered by the Court. (KSS |

| | | |
|---|---|---|
| | | (Entered: 11/21/2013) |
| 11/21/2013 | 34 | SCHEDULING ORDER: that certain deadlines and time limits apply as set out in order; Amended Pleadings due by 1/31/2014. Discovery due by 6/27/2014. Dispositive motions due by 7/28/2014. Pretrial conference 1/15/2015 at 9:30am in Birmingham, AL. Mediation order 5/27/2014. Bench trial set for 2/23/2015 at 9:00 am in Birmingham, AL. Signed by Judge Abdul K Kallon on 11/21/2013. (PSM) (Entered: 11/21/2013) |
| 11/21/2013 | | Set Deadlines: Amended Pleadings due by 1/31/2014. (PSM) (Entered: 11/21/2013) |
| 11/25/2013 | 35 | Joint MOTION to Amend/Correct 34 Scheduling Order, Set Hearings,, by American Chemicals &Equipment Inc 401(K) Retirement Plan, Principal Global Investors LLC, Principal Management Corporation. (Attachments: # 1 Text of Proposed Order Proposed Amended Scheduling Order)(Newman, Sarah) (Entered: 11/25/2013) |
| 11/26/2013 | 36 | AMENDED SCHEDULING ORDER: that certain deadlines and time limits apply as set out in order; Amended Pleadings due by 1/31/2014. Discovery due by 6/27/2014. Dispositive motions due by 7/28/2014. Pretrial conference 1/15/2015 at 9:30am in Birmingham, AL. Mediation order 5/27/2014. Bench trial set for 2/23/2015 at 9:00 am in Birmingham, AL Signed by Judge Abdul K Kallon on 11/26/2013. (PSM) (Entered: 11/26/2013) |
| 11/26/2013 | 37 | NOTICE by American Chemicals &Equipment Inc 401(K) Retirement Plan *of Jury Trial Waiver* (Mckay, Michael) (Entered: 11/26/2013) |
| 11/27/2013 | 38 | RESPONSE to re 37 *Notice of Jury Trial Waiver* filed by Principal Global Investors LLC, Principal Management Corporation. (Blocker, Mark) (Entered: 11/27/2013) |
| 12/02/2013 | 39 | NOTICE by Principal Global Investors LLC, Principal Management Corporation *have served Plaintiff with Defendants' Initial Disclosures* (Newman, Sarah) (Entered: 12/02/2013) |
| 01/24/2014 | 40 | NOTICE by American Chemicals &Equipment Inc 401(K) Retirement Plan *of Hearing on Plaintiff's Request for Curran Deposition Transcripts and Expert Reports* (Attachments: # 1 Exhibit Exhibit 1)(Mckay, Michael) (Entered: 01/24/2014) |
| 01/24/2014 | 41 | MEMORANDUM OPINION. Signed by Judge Abdul K Kallon on 1/24/2014. (PSM) (Entered: 01/24/2014) |
| 01/24/2014 | 42 | ORDER In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendants' motion to transfer, 11 , is GRANTED. Consequently, Defendants' motion to dismiss, 21 , is DENIED with leave to re−file. Transferring case to the United States District Court for the Southern District of Iowa; original electronic record and certified copy of docket entries will be mailed to Clerk of Court 10 business days from this date. Signed by Judge Abdul K Kallon on 1/24/2014. (PSM) (Entered: 01/24/2014) |