IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| AMERICAN CHEMICALS & EQUIPMENT INC. 401(k) RETIREMENT PLAN, | ) ) ) | CASE NO.: 4:14-cv-00044-JAJ-HCA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCIPAL MANAGEMENT, CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO CONSOLIDATE ACTIONS
AND FOR OTHER RELATED RELIEF**

Plaintiff American Chemicals & Equipment Inc. 401(k) Retirement Plan and Defendants Principal Management Corporation and Principal Global Investors, LLC (the "parties") jointly move the Court to consolidate for all purposes Case No. 4:14-cv-00335-JAJ-HCA, with the above-captioned case.  As explained below, the two cases are brought by the same plaintiff, against the same defendants, are based on the same facts, and assert the same two substantive claims.  As the complaint in the newly-filed action explains, the reason that the second action was filed was to ensure that plaintiff could seek damages for a subsequent period of time.  Both parties agree that consolidation of these two cases for all purposes is appropriate.  The parties also jointly request that the Court's anticipated order on the pending motion to dismiss the Complaint in the above-captioned case apply to the complaint in the newly filed action.   In support of this motion, the parties state as follows:

1.      This action was filed in August 2013 in the Northern District of Alabama, and subsequently transferred to this Court.  Before the case was transferred, Defendants filed a Rule 12(b)(6) motion to dismiss, and that motion is and was fully briefed, and is awaiting decision from this Court.

2.      On August 27, 2014, Plaintiff filed a second, nearly identical action in this Court, which was assigned Case No. 4:14-cv-00335-JAJ-HCA (the "Second Action").  The complaint in the Second Action is entitled "Anniversary Complaint."  The Anniversary Complaint specifically refers to this action and explains that the Second Action was filed on the one-year anniversary of this action "out of an abundance of caution" and solely to preserve plaintiff's claim for damages in the one-year period following the filing of this action.  (Compl. ¶¶ 1-2).

3.      The Anniversary Complaint is nearly identical to the Complaint in this action: it is brought by the same plaintiff, against the same defendants, and asserts the same two substantive claims.  The only difference between the two complaints is that the Anniversary Complaint has been supplemented with publicly available information for the period from August 28, 2013 to August 27, 2014.

4.      Following the filing of the Anniversary Complaint, counsel for Plaintiff and counsel for Defendants consulted, and they agree that the two cases should be consolidated for all purposes.  Defendants also agreed to waive service of the summons for the Anniversary Complaint.

5.      The parties respectfully request that the Court consolidate the Second Action with this original action for all purposes.

6.      The parties also agree that Defendants' Motion to Dismiss (Dkt. No. 21), which is fully briefed and remains pending, should be treated as a motion to dismiss both the Complaint

in this action and the Anniversary Complaint in the Second Action.  Accordingly, the parties respectfully request that the Court's decision on the Motion to Dismiss apply to both the Complaint in this action and the Anniversary Complaint in the Second Action.

WHEREFORE, the parties respectfully request that the Court enter an order (1) consolidating Case No. 4:14-cv-00335-JAJ-HCA with this action for all purposes, and (2) apply its decision on the Defendants' Motion to Dismiss (Dkt. No. 21) to both complaints.

Dated September 5, 2014

Respectfully submitted,

/s/ Michael C. McKay    (with permission)

/s/  Sarah H. Newman

J. Barton Goplerud AT0002983
jbgoplerud@hudsonlaw.net
HUDSON MALLANEY SHINDLER &
ANDERSON PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile:  (515) 223-8887

Angel West, AT0008416
aaw@nyemaster.com
Matthew R. Eslick
mreslick@nyemaster.com
700 Walnut Street
Suite 1600
Des Moines, Iowa 50309
Telephone:  (515) 283-3167
Fax:  (515) 283-3108

Todd M. Schneider (admitted *pro hac vice*)
Garrett W. Wotkyns (admitted *pro hac vice*)
Michael C. McKay (admitted *pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0143
Facsimile: (866) 505-8036

Mark B. Blocker (admitted *pro hac vice*)
mblocker@sidley.com
Sarah H. Newman (admitted *pro hac vice*)
snewman@sidley.com
Jen C. Won (admitted *pro hac vice*)
jwon@sidley.com
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Richard S. Frankowski
Rob Norton
BURKE HARVEY &
FRANKOWSKI, LLC
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Telephone: (205) 588-8671
Facsimile: (205) 930-9054

Alex. J. Kaplan (admitted *pro hac vice*)
ajkaplan@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Peter J. Mougey
Laura S. Dunning
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7121
Facsimile: (850) 436-6147

*Counsel for Defendants*
*Principal Management Corporation and*
*Principal Global Investors, LLC*

*Counsel for Plaintiff*
*American Chemicals & Equipment Inc. 401 (k)*
*Retirement Plan*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system.

/s/ Sarah H. Newman