# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| AMERICAN CHEMICALS & EQUIPMENT INC. 401(k) RETIREMENT PLAN, | * * * * | CIVIL NO. 4:14-cv-00044-JAJ-HCA and CIVIL NO. 4:14-cv-00335-JAJ-HCA |
| Plaintiff, | * * | |
| v. | * * | ORDER |
| PRINCIPAL MANAGEMENT, CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC, | * * * * | |
| Defendants. | * | |

The parties have filed an Agreed Motion to Consolidate Actions and for Other Related Relief (Dkt. No. 83). The Court having considered the motion, IT IS HEREBY ORDERED:

1. The parties' Agreed Motion is granted.

2. Case No. 4:14-cv-00335-JAJ-HCA is hereby consolidated with Case No. 4:14-cv-00044 for all purposes.

3. All future pleadings shall use only the Case No. 4:14-cv-00044 caption.

4. Defendants' Motion to Dismiss (Dkt. No. 21), which is fully briefed and remains pending, shall be treated as a motion to dismiss both the Complaint filed in Case No. 4:14-cv-00044 and the Anniversary Complaint filed in Case No. 4:14-cv-00335. The Court's ruling on the motion to dismiss will apply to both complaints.

IT IS SO ORDERED.

Dated September 9, 2014.

HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE