# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CHEMICALS & EQUIPMENT, INC. 401(K) RETIREMENT PLAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC,<br><br>　　　　Defendants. | Case No.  4:14-cv-000044-JAJ-HCA<br><br>**SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and all discovery of electronically stored information?  _Yes_.

   The parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: Initial disclosures were made December 2, 2013. The parties will supplement their initial disclosures to account for the Anniversary Complaint by November 14, 2014.

2. Deadline for motions to add parties: December 20, 2014.

3. Deadline for motions to amend pleadings:  December 20, 2014.

4. Expert witnesses disclosed by:  a) Plaintiff: May 29, 2015.

   　　　　　　　　　　　　　　　　b) Defendant: June 30, 2015.

   　　　　　　　　　　　　　　　　c) Plaintiff Rebuttal: July 31, 2015.

5. Deadline for *completion* of all fact and expert discovery: September 1, 2015.

6. Dispositive motions deadline: October 1, 2015.

7. Trial Ready Date:  March 1, 2016.

8. Has jury demand been filed?  No.

9. Estimated length of trial:     21  days

10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or (b)  X    A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?     No.

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c).

                                                    No.

| | |
|---|---|
| Dated October 16, 2014 | Respectfully submitted, |
| /s/ Michael C. McKay | /s/ Sarah H. Newman (with permission) |
| Todd M. Schneider (admitted *pro hac vice*)<br>Garrett W. Wotkyns (admitted *pro hac vice*)<br>Michael C. McKay (admitted *pro hac vice*)<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY  WOTKYNS LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona 85253<br>Telephone: (480) 428-0145<br>Facsimile: (866) 505-8036<br>tschneider@schneiderwallace.com<br>gwotkyns@schneiderwallace.com<br>mmckay@schneiderwallace.com | Angel West (AT0008416)<br>aaw@nyemaster.com<br>Matthew R. Eslick<br>mreslick@nyemaster.com<br>NYEMASTER GOODE PC<br>700 Walnut Street<br>Suite 1600<br>Des Moines, Iowa 50309<br>Telephone:  (515) 283-3167<br>Facsimile:  (515) 283-3108 |
| J. Barton Goplerud (AT0002983)<br>HUDSON MALLANEY<br>SHINDLER & ANDERSON PC<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>Telephone: (515) 223-4567<br>Facsimile:  (515) 223-8887<br>jbgoplerud@hudsonlaw.net | Mark B. Blocker (admitted *pro hac vice*)<br>mblocker@sidley.com<br>Sarah H. Newman (admitted *pro hac vice*)<br>snewman@sidley.com<br>Jen C. Won (admitted *pro hac vice*)<br>jwon@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| Richard S. Frankowski<br>Rob Norton<br>BURKE HARVEY & FRANKOWSKI, LLC<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>Telephone: (205) 588-8671<br>Facsimile: (205) 930-9054<br>rfrankowski@bhflegal.com | Alex. J. Kaplan (admitted *pro hac vice*)<br>ajkaplan@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599 |
| Peter J. Mougey<br>Laura S. Dunning<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>RAFFERTY & PROCTOR<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Telephone: (850) 435-7121<br>Facsimile: (850) 436-6147<br>pmougey@levinlaw.com | *Counsel for Defendants*<br>*Principal Management Corporation and*<br>*Principal Global Investors, LLC* |

Joseph C. Pieffer
Daniel J. Carr
PIEFFER ROSCA WOLF ABDULLAH
CARR & KANE, LLP
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
jpeiffer@prwlegal.com
dcarr@prwlegal.com

*Counsel for Plaintiff*
*American Chemicals & Equipment Inc. 401 (k)*
*Retirement Plan*

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDER** that this proposed Scheduling Order and Discovery Plan _____ **is**

_____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

____ will not be scheduled at this time.

____ will be held in the chambers of Judge _____ at the U.S. Courthouse in

_____, Iowa, on the _____ day of _____, at _____o'clock, ___.m.

DATED this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT JUDGE


## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2014, I electronically transmitted the attached document to the Office of the Clerk of the U.S. District Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

 /s/ Clarence Williams