# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| AMERICAN CHEMICALS & EQUIPMENT INC. 401(K) RETIREMENT PLAN, | * * * * | CIVIL NO. 4:14-cv-00044-JAJ-HCA |
| Plaintiff, | * * | **SCHEDULING AND TRIAL SETTING ORDER** |
| v. | * * | |
| PRINCIPAL MANAGEMENT CORPORAION and PRINCIPAL GLOBAL INVESTORS LLC, | * * * * | |
| Defendants. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on October 30, 2014. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. The Bench Trial shall begin on April 11, 2016, at 9:00 a.m., before United States District Judge John A. Jarvey, at the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 21 days.

2. A Final Pretrial Conference shall be held on March 28, 2016, at 10:00 a.m. at the United States Courthouse, Des Moines, Iowa, before United States Magistrate Judge Helen C. Adams.

3. The parties shall supplement their initial disclosures by November 14, 2014.

4. Motions to add parties shall be filed by December 22, 2014.

5. Motions for leave to amend pleadings shall be filed by December 22, 2014.

6. Plaintiff shall designate expert witnesses and disclose their written reports by May 29, 2015.

7. Defendants shall designate expert witnesses and disclose their written reports by June 30, 2015.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by July 31, 2015.

9. Discovery shall be completed by September 1, 2015. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by October 1, 2015.

IT IS SO ORDERED.

Dated November 3, 2014.

_____
HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE