UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AMERICAN CHEMICALS & EQUIPMENT, INC. 401(K) RETIREMENT PLAN,<br><br>            Plaintiff,<br><br>vs.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC,<br><br>            Defendants. | Case No.  4:14-cv-00044-JAJ-HCA<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby give notice, by and through their undersigned counsel, that the parties stipulate and agree that all claims asserted against defendant Principal Global Investors, LLC ("PGI") in the above captioned action, as well as the related anniversary complaints[1] are dismissed with prejudice.  This stipulated dismissal does not apply to defendant Principal Management Corporation ("PMC"). Without waiver of any rights or positions concerning PMC, the parties also stipulate and agree that each party will bear its own costs and fees to date as to the participation of PGI in this action and the aforementioned related actions.

---

[1] There are two related anniversary complaints filed by Plaintiff in the above-captioned matter.  The first was initially filed on August 27, 2014 at Case No. 4:14-cv-00335-JAJ-HCA, but was consolidated with the above-captioned matter on September 10, 2014.  The second anniversary complaint is docketed at Case No. 4:15-cv-00302-JAJ-HCA (filed Sept. 3, 2015).

| | |
|---|---|
| Dated December 28, 2015 | Respectfully submitted, |
| /s/ Garrett W. Wotkyns | /s/  Angel West |
| Garrett W. Wotkyns (admitted *pro hac vice*)<br>gwotkyns@schneiderwallace.com<br>Michael C. McKay (admitted *pro hac vice*)<br>mmckay@schneiderwallace.com<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY  WOTKYNS LLP<br>8501 North Scottsdale Road, Suite 270<br>Scottsdale, Arizona 85253<br>Telephone: (480) 428-0142<br>Facsimile: (866) 505-8036 | Angel West, AT0008416<br>aaw@nyemaster.com<br>Matthew R. Eslick<br>mreslick@nyemaster.com<br>NYEMASTER GOODE, P.C.<br>700 Walnut Street<br>Suite 1600<br>Des Moines, Iowa 50309<br>Telephone:  (515) 283-3167<br>Facsimile:  (515) 283-3108 |
| Todd M. Schneider (admitted *pro hac vice*)<br>tschneider@schneiderwallace.com<br>Mark T. Johnson (admitted *pro hac vice*)<br>mjohnson@schneiderwallace.com<br>Kyle G. Bates (admitted *pro hac vice*)<br>kbates@schneiderwallace.com<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY  WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | Mark B. Blocker (admitted *pro hac vice*)<br>mblocker@sidley.com<br>Sarah H. Newman (admitted *pro hac vice*)<br>snewman@sidley.com<br>Lisa E. Schwartz (admitted *pro hac vice*)<br>lschwartz@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| J. Barton Goplerud AT0002983<br>jbgoplerud@hudsonlaw.net<br>Brian O. Marty<br>bmarty@hudsonlaw.net<br>Michael P. Mallaney<br>mpmallaney@hudsonlaw.net<br>HUDSON MALLANEY SHINDLER &<br>ANDERSON PC<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265<br>Telephone: (515) 223-4567<br>Facsimile:  (515) 223-8887 | Alex. J. Kaplan (admitted *pro hac vice*)<br>ajkaplan@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Counsel for Defendants*<br>*Principal Management Corporation and*<br>*Principal Global Investors, LLC* |

Richard S. Frankowski (admitted *pro hac vice*)
Richard@frankowskifirm.com
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Telephone: (205) 390-0399
Facsimile: (205) 390-1001

Peter J. Mougey (admitted *pro hac vice*)
pmougey@levinlaw.com
Laura S. Dunning (admitted *pro hac vice*)
ldunning@levinlaw.com
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7121
Facsimile: (850) 436-6147

Joseph C. Pieffer (admitted *pro hac vice*)
jpeiffer@prwlegal.com
Daniel J. Carr (admitted *pro hac vice*)
dcarr@prwlegal.com
PIEFFER ROSCA WOLF ABDULLAH
CARR & KANE, LLP
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464

Jason J. Kane (admitted *pro hac vice*)
jkane@prwlegal.com
PIEFFER ROSCA WOLF ABDULLAH
CARR & KANE, LLP
15 Fishers Road, Suite 202
Pittsford, New York 14534
Telephone: (585) 310-5140
Facsimile: (504) 523-2464

*Counsel for Plaintiff*
*American Chemicals & Equipment Inc.*
*401 (k) Retirement Plan*

## CERTIFICATE OF SERVICE

I certify that on December 28, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system. I also served a courtesy copy of the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) via electronic-mail to the following:

| | |
|---|---|
| Mark B. Blocker<br>Sarah H. Newman<br>Jen C. Won<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>mblocker@sidley.com<br>snewman@sidley.com<br>jwon@sidley.com | Angel West<br>Matthew R. Eslick<br>Nyemaster Goode PC<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>aaw@nyemaster.com<br>mreslick@nyemaster.com |
| Alex J. Kaplan<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>ajkaplan@sidley.com | |

/s/ Clarence Williams