UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

American Chemicals & Equipment Inc 401(K) Retirement Plan

    Plaintiff

v

Principal Management Corporation and Principal Global Investors LLC

    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14-cv-00044

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Case is dismissed for lack of subject matter jurisdiction in favor of the Defendants and against the Plaintiff.

Date: February 8th, 2016

CLERK, U.S. DISTRICT COURT

_____
By: Deputy Clerk