**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| AMERICAN CHEMICALS & EQUIPMENT, INC. 401(K) RETIREMENT PLAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC,<br><br>　　　　Defendants. | Case No.  4:14-cv-00044-JAJ-HCA<br><br>**NOTICE OF APPEAL** |

　　　Notice is hereby given that Plaintiff in the above-entitled matter, American Chemicals & Equipment, Inc. 401(k) Retirement Plan, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order dismissing this case for lack of subject matter jurisdiction (ECF 197) entered in this action on February 3, 2016 and the corresponding Judgment entered in favor of Defendants and against the Plaintiff entered on February 8, 2016 (ECF 198).

Dated: March 3, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ *Mark T. Johnson*
　　　　　　　　　　　　　　　　　　　　　　Todd M. Schneider (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　tschneider@schneiderwallace.com
　　　　　　　　　　　　　　　　　　　　　　Mark T. Johnson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　mjohnson@schneiderwallace.com
　　　　　　　　　　　　　　　　　　　　　　Kyle G. Bates (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　kbates@schneiderwallace.com
　　　　　　　　　　　　　　　　　　　　　　SCHNEIDER WALLACE COTTRELL
　　　　　　　　　　　　　　　　　　　　　　KONECKY  WOTKYNS LLP
　　　　　　　　　　　　　　　　　　　　　　2000 Powell Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　Emeryville, California 94608
　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 421-7100
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 421-7105

Garrett W. Wotkyns (admitted *pro hac vice*)
gwotkyns@schneiderwallace.com
Michael C. McKay (admitted *pro hac vice*)
mmckay@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY  WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0143
Facsimile:  (866) 505-8036

J. Barton Goplerud AT0002983
jbgoplerud@hudsonlaw.net
Brian O. Marty
bmarty@hudsonlaw.net
Michael P. Mallaney
mpmallaney@hudsonlaw.net
HUDSON MALLANEY SHINDLER &
ANDERSON PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile:  (515) 223-8887

Richard S. Frankowski (admitted *pro hac vice*)
Richard@frankowskifirm.com
THE FRANKOWSKI FIRM, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Telephone: (205) 390-0399
Facsimile:  (205) 390-1001

Peter J. Mougey (admitted *pro hac vice*)
pmougey@levinlaw.com
Laura S. Dunning (admitted *pro hac vice*)
ldunning@levinlaw.com
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7121
Facsimile:  (850) 436-6147

Joseph C. Peiffer (admitted *pro hac vice*)
jpeiffer@prwlegal.com
Daniel J. Carr (admitted *pro hac vice*)

dcarr@prwlegal.com
PIEFFER ROSCA WOLF ABDULLAH
CARR & KANE, APLC
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464

Jason J. Kane (admitted *pro hac vice*)
jkane@prwlegal.com
PIEFFER ROSCA WOLF ABDULLAH
CARR & KANE, APLC
15 Fishers Road, Suite 202
Telephone: (585) 310-5140
Facsimile: (504) 523-2464

*Counsel for Plaintiff American Chemicals & Equipment Inc. 401 (k) Retirement Plan*

CERTIFICATE OF SERVICE

    I certify that on March 3, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system.

        /s/ Mark T. Johnson