U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| American Chemicals & Equipment, Inc. 401(k) Retirement Plan,<br><br>Appellant/Appellee,<br>vs. | Mark T. Johnson<br>Schneider Wallace Cottrell Konecky Wotkyns LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>(415) 421-7100 |
| Principal Management Corporation<br><br><br>Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Mark B. Blocker<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   [ ] Yes.   [✓] No.

Whether Plaintiff, as an investor in a fund-of-fund type mutual fund, has statutory standing under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. 80a-35, to challenge excessive management fees or payments of a material nature that Plaintiff and the funds in which it invested paid to Defendant Principal Management Corporation.

FOR LEAD COUNSEL ONLY
I [✓] have ( [ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [ ] is ( [✓] is not ) amenable to settlement.

Submitted by: s/ _____   3/3/2016
Signature of Lead Counsel              Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov
    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain