**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| AMERICAN CHEMICALS & EQUIPMENT, INC. 401(k) RETIREMENT PLAN, | ) ) ) ) | Case No.: 4:14-cv-00044-JAJ-HCA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PRINCIPAL MANAGEMENT CORPORATION and PRINCIPAL GLOBAL INVESTORS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT PRINCIPAL MANAGEMENT CORPORATION'S
NOTICE OF CROSS-APPEAL**

PLEASE TAKE NOTICE that Defendant Principal Management Corporation

("Defendant") hereby submits this Notice of Cross-Appeal to the United States Court of Appeals

for the Eighth Circuit from the District Court's Order dismissing this action for lack of subject

matter jurisdiction, entered on February 3, 2016 (Dkt. No. 197) and the corresponding Judgment

entered in favor of Defendant and against the Plaintiff on February 8, 2016 (Dkt. No. 198). The

lead appeal has been assigned Eighth Circuit Case No. 16-1576.

Defendant believes that the District Court's dismissal of this action for lack of subject

matter jurisdiction should be affirmed, but files this Notice of Cross-Appeal to preserve its right

to present to this Court the bases supporting judgment on the merits in Defendant's favor that it

preserved and presented to the District Court. Even if subject matter jurisdiction did exist and the

District Court's order dismissing for want of standing is not affirmed, Defendant would be

entitled to summary judgment in its favor.

Dated:  March 16, 2016

By: /s/ Mark B. Blocker

Angel A. West, AT0008416
Matthew R. Eslick, AT0002409
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3899
Telephone:     (515) 283-3167
Facsimile:      (515) 283-3108
Email:            aaw@nyemaster.com

Kevin H. Collins, AT0001671
NYEMASTER GOODE, P.C.
One GreatAmerica Plaza
625 First Street SE
Cedar Rapids, Iowa  52401
Telephone:     (319) 286-7003
Facsimile:      (319) 286-7050
Email:            khcollins@nyemaster.com

Mark B. Blocker (admitted *pro hac vice*)
Lisa Schwartz (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036
Emails:          mblocker@sidley.com
                      lschwartz@sidley.com

Alex. J. Kaplan (admitted *pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone:     (212) 839-5300
Facsimile:      (212) 839-5599
Email:            ajkaplan@sidley.com

**ATTORNEYS FOR DEFENDANT
PRINCIPAL MANAGEMENT
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify on March 16, 2016, a true and correct copy of the foregoing Defendant Principal Management Corporation's Notice of Cross-Appeal was served on counsel of record through use of the CM/ECF system.

/s/ Mark B. Blocker